## BASHA v. ALES

(October 21, 1929. Opinion and Decree.)

P. L. Fourchy, of New Orleans, attorney for plaintiff, appellant.

Walter B. Hamlin, of New Orleans, attorney for defendant and appellee.

WESTERFIELD, J. This is a suit by a landlord against a tenant for damages to leased premises. The court below awarded

$196.90. After reviewing the evidence in the record, we are of opinion that with the exception of the removal of a plank in the floor of one of the rooms and the removal of several shelves, plaintiff has failed to establish the alleged damages claimed by a preponderance of evidence.

We believe that $50 will be a proper allowance under the circumstances.

For the reasons assigned, the judgment appealed from is amended by reducing the amount awarded from $196.90 to $50, and as thus amended affirmed.